UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV- 80447- MARRA JOHNSON

C.L.,

        Plaintiff,

vs.

JEFFREY EPSTEIN,

        Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice. The Court has reviewed the Stipulation, the pertinent portions of the record, and is otherwise advised in the premises. In accordance with the parties' Stipulation, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE.**
2. All pending motions are **DENIED AS MOOT.**
3. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.
4. The Clerk shall **CLOSE THIS CASE**.

DONE AND ORDERED at Palm Beach County Courthouse, West Palm Beach, Florida, this _____ day of _____, 2010.

                                                **KENNETH A. MARRA**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished:
ROBERT D. CRITTON, ESQ., and MICHAEL J. PIKE, ESQ., 303 Banyan Boulevard, Suite 400, West Palm Beach, FL 33401, and THEODORE J. LEOPOLD, ESQ. AND SPENCER T. KUVIN, ESQ., Leopold-Kuvin, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410, JACK A. GOLDBERGER, ESQ. Atterbury, Goldberger & Weiss, P.A., 250 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401